U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 APR 13 P 2: 19

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

CALVIN B. BROOKS

(Enter above the full name of the plaintiff in this action)

V.

BRIAN GILLEN, UNITED
STATES Marshal Service,
et al.

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS; READ CAREFULLY

1.     This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.     In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's  jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.     You must provide the full name of each defendant or defendants and where they can be found.

4.     You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.     Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.     If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

_____   42 U.S.C. §1983 (applies to state prisoners)

_____   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

28 U.S.C. §1331  and  42 U.S.C. §1983

1b.   Indicate whether you are a prisoner or other confined person as follows:

__ Pretrial detainee

__ Civilly-committed detainee

__ Immigration detainee

X Convicted and sentenced state prisoner

__ Convicted and sentenced federal prisoner

__ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal
you have brought in a federal court while you were incarcerated or
detained in any facility, that was dismissed as frivolous or malicious, or
for failure to state a claim upon which relief may be granted. Please
note that a prisoner who has on three or more prior occasions, while
detained in any facility, brought an action or appeal in a federal court
that was dismissed as frivolous or malicious, or for failure to state a
claim upon which relief may be granted, will be denied in forma
pauperis status unless that prisoner is under imminent danger of
serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief
may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional
civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement?_____

4.    Parties

(In item (a) below, place your name in the first blank and place your
present address in the second blank. Do the same for additional
Plaintiffs, if any.)

a.    Name of plaintiff:___CALVIN B. BROOKS___

WASHINGTON CORRECTIONAL FACility
72 LOCK-11 LANE, P.O. BOX 180
Address: Comstock, NEW York 12821

Inmate#: 16A4464 (DIN No.:)

b. (1) First defendant:

Name: BRIAN GILLEN

Official position: DEPuty Marshal

Place of employment: UNITED StATES Marshal SErviCE

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)

Acting" Retaliation by Violating my Fourth Amendments Rights
and due-process, Excuting an INvalid NewYork arrest Warrant from
the New york State, Local Criminal Court, Which the warrant have No or Cant
be executed beyond New York state borders. Retaliating for
KEVIN Dardzinski.

c. (2) Second defendant:

Name: RodNEy WAlIMESSAM

Official position: AGENt
                   (CHidta) - NEW york/New Jersey)
Place of employment: High INtENSity Drug Trafficking AREaS

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)

Acting in Retaliation on the behalf of DEt. KEViN Dazinskin, Shield No:
(6459). Who is an NEW york City Police and Executing an New york warrant
of arrest inside my Residence in the State of NEW JErsEy, which the Warrant
Cant be executed beyond NEW York borders. Violated my Fourth Amendments
OF my Constitutional rights.

d.    If there are more than two defendants, attach a separate
      sheet. For each defendant specify: (1) name, (2) official
      position, (3) place of employment, and (4) involvement of
      the defendant. (SEE Attachment(s))

3). Third DEFENDANT

NAME: (LEN JACKSON; shiled No: N/A
Official Position: (DECTIVE)
Place of Employment: (ESSEX County Sheriff's Office)

How is this Person Involved in this Case? REtaliated on the
behalf of KEVIN Dardzinski, by violating my fourth Amendment rights
to the united States Consitution. Execeding an Invalid New york
warrant of arrest in side my residence in the state of New
JErsey. And Wiring-Taping my house - Phone without a warrant.

4) Fourth Defendant

Name: (ChAUNCEY ParkER)
Official Pistion: (DIRECTOR)

Place of Employment: (NEW york / NEW JERSEY HIDTA) -
                     (High-Intensity Drug Trafficking Areas)

How this Person Involved in this Case? fail to Supervised
RodNEY Wallmessam, an Federal officer of New york/New Jersey
HIDTA, by allowing him to violate my fourth and fourteen
Amendment to the U.S. Consitution. Executing an Invalid NEW
York warrant of arrest inside of my New Jersey residance.
Also acting in an retaliation on the behalf of (NYPD)
DEtective, KEvin Dardzinsk, shield No: 6459.

5). FIVE Defendant

NAME: (Timothy P. Shaughnessy)

Official Position: (N/A)

Place of Employment: (Essex County - Prosecutor's office)

How is this Person Involved in this Case? Acting in retaliation
On the behalf of DEt. Kevin Dardzinski, shied, 6459 of
the New york City Police Department.

Sixth Defendant
6). KETTLER Management

Place of Employment: N/A

Seven Defendant
7) Solomon Page Group, LLC.

Place of Employment: N/A

Eight Defendant
8). STERLIng Securities

Place of Employment: STERLing Securities

How this Person Invouled in this Case? Allowed the

Crookie Law Enforcement in to the apartment of the
Hallmurk House without an warrant along with KETTLER
Managment. Acting in Retaliation on the behalf of
(N.Y.P.D.) DETective, kEvin Dardzinski, Shield No: 6459, of
The (NEw york City Police Department).

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓Yes    _____No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

Filed an Complaint with U.S. Inspector General against Deputy, Brian Gillen, United states Marshals Service. (Still-Pending).

If your answer is "No," briefly explain why administrative remedies were not exhausted.

N/A

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

1).    On or about January 29th, 2014, Members of the New York City Police Department (New York County-Warrant Section), Detective, Kevin Dardzinski, Shield No. 6459, & Sgt. Dawe, Came to the Plaintiff's residence acting without State Jurisdiction, dressed in Civilian Clothes, no arrest Warrant and Without being accompanied of Newark Police Department and/local or Federal Authority, located at 10 Hill Street, Apt. #7-U, Newark, New Jersey 07102. Both Detective/ Kevin Dardzin, Shield No.

6459, and Sgt. Dawe, Shield No. 17 A, threatened the Plaintiff to open his door and order the Plaintiff to step outside by threatened to harm the Plaintiff's mother and blurring out racial slurs at the Plaintiff.

2). The Plaintiff immediately called 911 (Newark Police) from his cell phone, the number of (973) 455-0225 and told the 911 operator that members of the (NYPD) New York City Police Department threatened to harm him if the Plaintiff dont step outside of his door and/or let them in. The Newark Police 911-operator informed the Plaintiff that the New York City Police Department dont have state jurisdiction and don't have any records of them being there, then the Plaintiff was ordered by the Newark Police Department, not to open his door, or answer his phone and/or step outside his door, because an Newark Police officer is on their way.

3). When the Plaintiff refussed open his door for the members of New York City Police Department (NYPD), Detective, Kevin Dardzinski, Shield 6459, and Sgt. Dawe, compromised the Plaintiff's lock-cylinder to gain entry to his residence until Det. Kevin Dardzinski tried to kick the door open, which Dectective Dardzinski, was unsucceful to gain entry by an door stopper. During that time Both Det. Kevin Dardzinski, and Sgt. Dawe, took off running when they heard Newark-Police sirens. Det. Dardzinski threaten they will be back, and the Newark-police took the Plaintiff Report.

4). On or about February 2nd 2014, Detective, Kevin Dardzinski, Shield No. 6459, made an false Report and statement that the Plaintiff sent him Threaten text messages from an Googgle account Phone No: 201-455-7423 to his personal cell phone. These messages said in substance "come close, I am going to come for you, and I hate people like you". Det. Dardzinski,

7. Relief (see, Attachment(s))

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Damages: $200,000,000 (Two-Hundred Million)

Compensation: $3,000,000. (Three million)

Show any proof of These Text message when
to his personal Phone No; Number of (347-582-0206),
No proof of his Phone records.

5). on or about February 4th, 2014, Det. Kevin Dardzinski,
Shield No: 6459, Made an false report and false statement
the plaintiff sent him threaten Text Message To Detective
Dardzinski, from an google voice account Phone Number of
201-455-7423 to the Detective's Personal Cell Number
of 347-582-0206, Again Ao proof of Phone records.
Which Dardzinski, State that he review business
Records Maintained by Google That Indicate That the
IP address 108.5.171.174 was assigned to the
Plaintiff, and as well as Verizon records that
Indicate Ip address 108.5.171.174.

6) on or about February 6th, 2014, in the retaliation Mode,
Det. Kevin Dardzinski, obtained a warrant of arrest from
Honorable Kevin Dardzinski for the Plaintiff arrest for
fabricated charges of Aggravated Harassment in the
second Degree and Harassment in the second Degree.

7). When you review the Google-Account records,
there no Proof of Text Message sent out to Det.
Kavin Dardzinski, CEll No of :(347)582-0206 from
the google-Voice account Phone of: 201-455-7423 on
the date of Feb. 2nd 2014, under the FP address
of 108.5.171-174, and FEB. 4th, 2017, no date
of Text Message was ever sent out under

the IP-address of 108.5.171.174. only thing you
see is the IP-Address of 71.125.91.123 on the
Feb. 5th, 2014.

8) On or about Februray 12th, 2014, Defendant, Rodney
Wallmessam, member of (New york/New Jersey-Hidta),
Emailed Defendant, Brian Gillen, member of the
United states Marshal Service, located in Newark, New Jersey,
and the rest of members of New york/New Jersey-Hidta,
to Used the New york warrant of arrest, under
the OCA No: E2014/00703, issued on Feb. 6th, 2014 to make
the arrest inside the Plaintiff Residance on Feb. 18th, 2014.
Which all defendat acted in the retaliaction on the
behalf of (Rookied (NYPD) Det. Kevin Dardzinski.

9). On or about Februray 18th, 2014, around 4:30 A.m, the
STERling Securities of the Plaintiff's Residance
at the Hall-Mark House in Newark, New Jersey, allowed
Defendants, Brian Gillen, Rodney Wallmessam and
Len Jackson, member of the Essex County Sheriff's office,
and other members of Newark, New Jersey U.S. Marshal and
New york/New Jersey-Hidta, to Come up the Plaintiff apartmant
at Apt. No. #7-U, located at 10 Hill Street, Newark, NJ.
07102.

10) During that time of Februrary 18th, 2014, 4:30 A.mo,
Defendant, Brian Gillen bust threw the Plaintiff's
resident Appartment door, executed an Invalid
NewYork Warrant of arrest and along with

Rodney Wallmessam and defendant Len Jackson, and along with other Members who are defendants. Both Defendants, Brian Gillen and Len Jackson, Place hand Cuffs the Plaintiff, after he was Knocked to the floor by Rodney Wallmessam, using his hand gun (service wapon). Then Brian Gillen, Len Jackson, and Rodney Wallmessam, beaten the Plaintiff with an Phone-Book and puching him. Saying In the Substance, " This is for detective Kevin Dardzinski").

11). At that Moment during the execution of the warrant of arrest from New york criminal court, defendants Brian Gillen, Len Jackson, and Rodney Wallmessam relize that the Plaintiff Called Newark-police (911) from his Cell Phone Number of 917-435-0225. About 15 mins letter when Newark-police arrived at the Plaintiff's residance, the defendants rushed out the Plaintiffs out of his residance, by Rodney Wallmessam and. Brian Gillen, along with Len Jackson.

12). The Defendants Knew that "a warrant of arrest issued in one state may not be executed in another state, for it has no Validity beyond the boundaries of the state by whose authority it was issued".

Injuries: 1). Invasion of Privacy; 2). Emotional Distress; 3). Kidnapped; 4). Unlawful arrest; Violating Payton Act; 6). Violating 4th Amendments of US. Constitution.

_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

      ☒ Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10th__ day of __April__ , 201 7

                    Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

TO: CLERK OF Court
United States District Court
   District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

From: Calvin B. BROOKS
DiN No. 16A4464
Washington Correctional Facility
72 LOCK-11LANE, P.O. BOX 180
Comstock, New Jersey 12821

X RE: _ Attached - Civil Action Complaint _____

Dear: Sir/Madam

I, Calvin B. BROOKS, Plaintiff, Soon to be Case of:
Calvin B. BROOKS vs. Brian Gillen, Signed on April 10,
2017.

Please be advise That I have attached Civil Action
Complaint for the Ment Case above.

For any questions Please reply in writing to
the about address within (5) five days, along with
an assigned Civil Case docket number.
Thank You For your Time.

Dated: April 10th, 2017

                    Respectfully Submitted

                    _____
                    Calvin B. BROOKS
                       DiN No: 16A4464